IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 97-30770

WILSON GANT,

Plaintiff-Appellant,

versus

C F MOTORFREIGHT,

Defendant-Appellee.

Appeal from the United States District Court
for the Middle District of Louisiana
(93-CV-990-B-M2)

March 4, 1999

Before HIGGINBOTHAM, JONES, and WIENER, Circuit Judges.

HIGGINBOTHAM, Circuit Judge:[*]

The district court has concluded that the reasons given by Consolidated Freightways for not promoting Wilson Gant were not pretextual. Consolidated relied upon a performance report admitted into evidence by the district court. There is no contention that Gant has not been a loyal, faithful, and competent worker and his case is not without force. However, this case has been tried to

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the United States District Court, and we are unable to conclude that its findings were clearly erroneous.

AFFIRMED.